IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:06CV456 |
| v. | ) ) | |
| ROSE LEAH FUSS, | ) | ORDER |
| Defendant | ) ) ) | |

    IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 17, is scheduled before the undersigned on **January 25, 2007, at 10:45 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

    The Clerk's Office is directed to mail a copy of this order to the defendant at her last known address of record.

    DATED this 14TH day of December, 2006.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge