IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV456 |
| | ) | |
| v. | ) | |
| | ) | |
| ROSE LEAH FUSS, | ) | ORDER |
| | ) | |
| Defendant | ) | |
| | ) | |

IT IS ORDERED that the hearing on plaintiff's Motion for Default Judgment, Filing No. 17, is rescheduled before the undersigned on **January 23, 2007, at 9:45 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Any party may participate telephonically by contacting chambers (402/661-7302) at least 24 hours before the hearing.

The Clerk's Office is directed to mail a copy of this order to the defendant at her last known address of record.

DATED this 8TH day of January, 2007.

BY THE COURT:

**s/ Joseph F. Bataillon**
Chief United States District Judge